**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:18-CR-22-1 (LAG) |
| | : |
| FRANSHAW RIGGINS, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is Defendant Franshaw Riggins' Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 30). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently scheduled for June 5, 2024, and July 8, 2024, respectively. (*Id.* at 1; *see* Doc. 29).

On May 8, 2018, Defendant Franshaw Riggins was charged with one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). (Doc. 1). Defendant was arrested on January 29, 2024 in the Middle District of Florida, and a Notice was entered that Defendant was back in the Middle District of Georgia on February 23, 2024. (*See* Docket; Doc. 15). Defendant made his initial appearance on February 26, 2024, pled not guilty, and consented to being detained pending trial. (Docs. 21, 23, 24). On April 3, 2024, the Court entered a Scheduling Order setting the matter for trial, and on May 20, 2024, Defendant filed the present Motion. (Docs. 29, 30). Therein, Defendant's Counsel represents that she "received discovery from the [G]overnment on March 11, 2024, and on March 19, 2024 . . . [and] has not had the opportunity to review the discovery with [Defendant], or investigate the matters discussed with [Defendant], to determine the next steps in the case." (Doc. 30 at 2). Defendant's Counsel further represents that she has conferred with the Government, "and the Government does not oppose this [M]otion." (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 30) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's April 3, 2024, Scheduling Order (Doc. 29) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 24th day of May, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**